IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **STEVEN CREAR, SR.,** § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. **3:17-CV-2679-L-BK** |
| § | |
| **U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR CERTIFICATE HOLDERS OF BEAR STEARNS ASSET BACKED SECURITIES I LLC, ASSET-BACKED CERTIFICATES, SERIES 2005-HE10**, § § § § § § § § § § § | |
| Defendant. § | |

# ORDER

On August 7, 2018, United States Magistrate Judge Renée Harris Toliver entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 15), recommending that the court grant, pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant's Motion to Dismiss (Doc. 7), filed October 6, 2017, and dismiss with prejudice Plaintiff's claims as barred by res judicata. No objections to the Report were filed.

After reviewing the motion, briefs, pleadings, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **grants** Defendant's Motion to Dismiss (Doc. 7) and **dismisses with prejudice** Plaintiff's claims and this action as barred by res judicata.

Order – Page 1

**It is so ordered** this 23rd day of August, 2018.

Sam A. Lindsay
United States District Judge